PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900



FILED
Jan 12, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:23-cr-00008 TLN |
| Plaintiff, | 18 U.S.C. § 2251(a) – Sexual Exploitation of a Child (2 counts); 18 U.S.C. § 2252(a)(2) – Distribution of Child Pornography; 18 U.S.C. § 2253(a) – Criminal Forfeiture |
| v. | |
| WILLIAM JAMES FITZGERALD, | |
| Defendant. | |

I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 2251(a) – Sexual Exploitation of a Child]

The Grand Jury charges: T H A T

WILLIAM JAMES FITZGERALD,

defendant herein, beginning on or about October 15, 2020, and continuing through on or about May 4, 2022, in the County of Sacramento, State and Eastern District of California, did knowingly employ, use, persuade, induce, entice, and coerce a minor, specifically, "Minor Victim 1," to engage in any sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct, knowing, and having reason to know, that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and such visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting

1 | interstate and foreign commerce by any means, including by computer, all in violation of Title 18,
2 | United States Code, Section 2251(a).
3 | COUNT TWO: [18 U.S.C. § 2251(a) – Sexual Exploitation of a Child]
4 | The Grand Jury further charges: T H A T
5 | WILLIAM JAMES FITZGERALD,
6 | defendant herein, beginning on or about February 9, 2021, and continuing through on or about February
7 | 20, 2021, in the County of Sacramento, State and Eastern District of California, did knowingly employ,
8 | use, persuade, induce, entice, and coerce a minor, specifically, "Minor Victim 2," to engage in any
9 | sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), for the purpose of
10 | producing a visual depiction of such conduct, knowing, and having reason to know, that such visual
11 | depiction would be transported and transmitted using any means and facility of interstate and foreign
12 | commerce and in and affecting interstate and foreign commerce, and such visual depiction was produced
13 | and transmitted using materials that have been mailed, shipped, and transported in and affecting
14 | interstate and foreign commerce by any means, including by computer, all in violation of Title 18,
15 | United States Code, Section 2251(a).
16 | COUNT THREE: [18 U.S.C. § 2252(a)(2) – Distribution of Child Pornography]
17 | The Grand Jury further charges: T H A T
18 | WILLIAM JAMES FITZGERALD,
19 | defendant herein, on or about January 22, 2022, in the County of Sacramento, in the State and Eastern
20 | District of California, did knowingly distribute a visual depiction, specifically, william_sodafiz-None-
21 | 9210661a-9656-51ad-8a57-3f2419da354e~38-e073738a6e.mp4, using a means and facility of interstate
22 | and foreign commerce, and that was shipped and transported in and affecting interstate and foreign
23 | commerce, and which contains materials which have been mailed and so shipped and transported, by
24 | any means including by computer, specifically, an Apple iPhone 11 cellular telephone and the Snapchat
25 | messaging application, where the production of such visual depiction involved the use of a minor
26 | engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and
27 | such visual depiction was of such conduct, all in violation of Title 18, United States Code, Section
28 | 2252(a)(2) and (b)(1).

INDICTMENT

2

FORFEITURE ALLEGATION: [18 U.S.C. § 2253(a) – Criminal Forfeiture]

1. Upon conviction of one or more of the offenses alleged in Counts One through Three of this Indictment, defendant WILLIAM JAMES FITZGERALD shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a), any and all matter which contains visual depictions produced, transported, mailed, shipped or received in violation thereof; any property, real or personal, constituting or traceable to gross profits or other proceeds the defendant obtained as a result of said violations; and any property, real or personal, used or intended to be used to commit and to promote the commission of such violations, or any property traceable to such property, including but not limited to the following:

   a. Fractal Design Computer Tower, Model No. MPY-7501-AFAAG, SN MPY7501AFAAGUS1202101313;
   b. Apple iPad Air (4th Generation), Model No. A2316, SN GG7F33F5Q16W;
   c. Apple iPhone 11, Model No. MWHW2LL/A, SN DNPZX89BN72M, IMEI 356550104759000;
   d. Western Digital 120 GB SSD, SN 19166Q441105;
   e. HP Laptop Computer, Model No. 15-da0012dx, SN CND8240P4C; and
   f. Apple iPhone 5c, Model No. A1532, IMEI 013892000212923.

2. If any property subject to forfeiture as a result of the offenses alleged in Counts One through Three of this Indictment, for which defendant is convicted:
   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty;

///
///
///

INDICTMENT

3

it is the intent of the United States, pursuant to Title 18, United State Code, Section 2253(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA
FOREPERSON

*Phillip Talbert* (signature)
PHILLIP A. TALBERT
United States Attorney

No. 2:23-cr-00008 TLN

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
vs.

### WILLIAM JAMES FITZGERALD

## I N D I C T M E N T

**VIOLATION(S):**
18 U.S.C. § 2251(a) – Sexual Exploitation of a Child (2 counts);
18 U.S.C. § 2252(a)(2) – Distribution of Child Pornography;
18 U.S.C. § 2253(a) – Criminal Forfeiture.

*A true bill,*

/s/ Signature on file w/AUSA
——————————————
*Foreman.*

*Filed in open court this* _____ 12th _ *day*

*of* _January_____ , *A.D. 20* 23 ___

/s/ N. Cannarozzi
——————————————
*Clerk.*

Bail, $ No bail bench warrant to issue.

/s/ Jeremy Peterson
——————————————
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

GPO 863 525

# United States v. William James Fitzgerald
## Penalties for Indictment

**COUNTS 1 & 2:**

VIOLATION:  18 U.S.C. § 2251(a) – Sexual Exploitation of a Child

PENALTIES:  Mandatory minimum of 15 years in prison and a maximum of up to 30 years in prison; or
Fine of up to $250,000; or both fine and imprisonment.
Special assessment of $5,000 pursuant to 18 U.S.C. § 3014
Special assessment, pursuant to 18 U.S.C. § 2259A of no more than $50,000.
Supervised release of at least 5 years up to life

**COUNT 3:**

VIOLATION:  18 U.S.C. § 2252(a)(2) – Distribution of Child Pornography

PENALTIES:  Mandatory minimum of 5 years in prison and a maximum of 20 years prison; or
Fine of up to $250,000; or both fine and imprisonment
Special assessment of $5,000 pursuant to 18 U.S.C. § 3014
Special assessment, pursuant to 18 U.S.C. § 2259A of no more than $35,000.
Supervised release of at least 5 years up to life

**FORFEITURE ALLEGATION:**

VIOLATION:  18 U.S.C. § 2253(a) – Criminal Forfeiture

PENALTIES:  As stated in the charging document