UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 19, 2023
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM JAMES FITZGERALD,

    Defendant.

Case No. 2:23-cr-00008-TLN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release WILLIAM JAMES FITZGERALD, Case No. 2:23-cr-00008-TLN, Charge 18 U.S.C. § 2251(a), from custody for the following reasons:

    ____ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of $ 10,000.00.

        _X_ Unsecured Appearance Bond $ 10,000.00.

        ____ Appearance Bond with 10% Deposit

        ____ Appearance Bond with Surety

        ____ Corporate Surety Bail Bond

        _X_ (Other): The defendant shall be released on January 20, 2023 at 9:00 a.m. and report immediately to the Pretrial Services Office.

Sacramento County Jail is further ORDERED to release the defendant with a

    _X_ 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on January 19, 2023 at 2:30 p.m.

Dated: January 19, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE