PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>JAMES WILLIAM FITZGERALD,<br><br>          Defendant. | CASE NO.  2:23-CR-00008-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: June 8, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on June 8, 2023.

2.      By this stipulation, defendant now moves to continue the status conference until August 24, 2023, at 9:30 a.m., and to exclude time between June 8, 2023, and August 24, 2023, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

      a)      The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form including approximately 2,500 pages of documents as well as video and audio files.  All of this discovery has been either produced directly to counsel pursuant to a protective order and/or made available for inspection

and copying.

      b)     Counsel for defendant desires additional time to review discovery, conduct investigation and research into the charges, consult with his client, and to discuss potential resolutions with his client.

      c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 8, 2023 to August 24, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  June 2, 2023                                    PHILLIP A. TALBERT
                                                       United States Attorney


                                                       /s/ ALSTYN BENNETT
                                                       ALSTYN BENNETT
                                                       Assistant United States Attorney


Dated:  June 2, 2023                                   /s/ MICHAEL E. HANSEN
                                                       MICHAEL E. HANSEN
                                                       RICHARD DUDEK
                                                       Counsel for Defendant
                                                       JAMES WILLIAM
                                                       FITZGERALD



**ORDER**

IT IS SO FOUND AND ORDERED this 2nd day of June, 2023.



                                                       Troy L. Nunley
                                                       United States District Judge