Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
WILLIAM FITZGERALD

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WILLIAM FITZGERALD,<br><br>　　　　　Defendant. | Case No.: 2:23-CR-00008-TLN<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL CONDITION** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Alstyn Bennett, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant William Fitzgerald, that Pretrial Release Condition 13 be replaced with:

CURFEW: You must remain inside your residence every day from 2:00 p.m. to 9:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment, or court-ordered obligations.

The request is made with the agreement of the Pretrial Services Officer.

IT IS SO STIPULATED.

Dated:  September 14, 2023,　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Michael E. Hansen
　　　　　　　　　　　　　　　　　　　　　　MICHAEL E. HANSEN
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　WILLIAM FITZGERALD

Dated: September 14, 2023,  PHILLIP TALBERT
United States Attorney

By: /s/ Michael E. Hansen for
ALSTYN BENNETT
Assistant U.S. Attorney
Attorney for Plaintiff

**[~~PROPOSED~~] ORDER**

The Court adopts the proposed language modifying Condition 13 of the Pretrial Release Conditions.

IT IS SO ORDERED.

Dated: September 15, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stipulation and [Proposed] Order to Modify Pretrial Condition