Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
WILLIAM FITZGERALD

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM FITZGERALD, <br><br> Defendant. | Case No.: 2:23-CR-00008-TLN <br><br> **STIPULATION AND ORDER TO MODIFY PRETRIAL CONDITION** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Alstyn Bennett, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant William Fitzgerald, that Pretrial Release Condition 16 be temporarily modified with:

COMPUTER ACCESS: You are allowed access to a computer at Maita Subaru for the sole purpose to endorse E-signature documents required for your employment.  Access shall be in the presence of a Subaru employee.

The request is made with the agreement of the Pretrial Services Officer.

IT IS SO STIPULATED.

Dated:  October 1, 2023,                                         Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
WILLIAM FITZGERALD

Dated:  October 1, 2023,	PHILLIP TALBERT
	United States Attorney

	By:  /s/ Michael E. Hansen for
	ALSTYN BENNETT
	Assistant U.S. Attorney
	Attorney for Plaintiff

## ORDER

The Court adopts the proposed language temporarily modifying Condition 16 of the Pretrial Release Conditions.

IT IS SO ORDERED.

Dated:  October 2, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE