Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
WILLIAM FITZGERALD

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:23-CR-00008-TLN |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO MODIFY CURFEW** |
| vs. | |
| WILLIAM FITZGERALD, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Alstyn Bennett, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant William Fitzgerald, that Mr. Fitzgerald is allowed to attend a family holiday dinner away from home on December 26, 2023, from 6:30 to 9:30 p.m.

The request is made with the agreement of the Pretrial Services Officer.  Mr. Fitzgerald is fully compliant with all pretrial conditions.

IT IS SO STIPULATED.

Dated:  December 21, 2023,                    Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
WILLIAM FITZGERALD

**1**
**Stipulation and [Proposed] Order to Modify Curfew**

Dated: December 21, 2023,  PHILLIP TALBERT
United States Attorney

By: /s/ Michael E. Hansen for
ALSTYN BENNETT
Assistant U.S. Attorney
Attorney for Plaintiff

## [PROPOSED] ORDER

The Court adopts the proposed modification to the curfew.

IT IS SO ORDERED.

Dated: December 21, 2023

JEREMY D. PETERSON
United States Magistrate Judge