Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
WILLIAM FITZGERALD

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:23-CR-00008-TLN |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY CURFEW** |
| vs. | |
| WILLIAM FITZGERALD, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Alstyn Bennett, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant William Fitzgerald, that Mr. Fitzgerald is allowed to attend dinner with his father away from home on January 20, 2024, from 6:30 to 9:30 p.m.

The request is made with the agreement of the Pretrial Services Officer.  Mr. Fitzgerald is fully compliant with all pretrial conditions.

IT IS SO STIPULATED.

Dated:  January 17, 2024,                   Respectfully submitted,

                                            /s/ Michael E. Hansen
                                            MICHAEL E. HANSEN
                                            Attorney for Defendant
                                            WILLIAM FITZGERALD

Dated:  January 17, 2024,                   PHILLIP TALBERT
                                            United States Attorney

**1**

**Stipulation and Order to Modify Curfew**

By:  /s/ Michael E. Hansen for
ALSTYN BENNETT
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

The Court adopts the proposed modification to the curfew.

IT IS SO ORDERED.

Dated:  January 18, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

**2**

**Stipulation and Order to Modify Curfew**