Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
WILLIAM FITZGERALD

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:23-CR-0008 TLN |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY CURFEW** |
| vs. | |
| WILLIAM FITZGERALD, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Alstyn Bennett, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant William Fitzgerald, that Mr. Fitzgerald is allowed to attend a family birthday dinner away from home on May 21, 2024, from 7:00 to 10:00 p.m.

The request is made with the agreement of the Pretrial Services Officer.  Mr. Fitzgerald is fully compliant with all pretrial conditions.

IT IS SO STIPULATED.

Dated:  May 18, 2024                    Respectfully submitted,

                                        /s/ Michael E. Hansen
                                        MICHAEL E. HANSEN
                                        Attorney for Defendant
                                        WILLIAM FITZGERALD

Dated:  May 18, 2024                    PHILLIP TALBERT
                                        United States Attorney

**Stipulation and Order to Modify Curfew**

1                                 By: /s/ Michael E. Hansen for

2                                 ALSTYN BENNETT
                                Assistant U.S. Attorney

3                                 Attorney for Plaintiff

4                                **ORDER**

5        The Court adopts the proposed modification to the curfew.

6        IT IS SO ORDERED.

7 DATED:  May 20, 2024                 /s/ DEBORAH BARNES

8                                 UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Stipulation and Order to Modify Curfew**