PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
WHITNEE GOINS
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM JAMES FITZGERALD,<br><br>Defendant. | CASE NO. 2:23-CR-00008 TLN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME<br><br>DATE: August 8, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorneys Alstyn Bennett and Whitnee Goins, counsel for plaintiff, and Michael Hansen, counsel for defendant William James Fitzgerald, that the status conference scheduled for August 8, 2024, be continued to **August 22, 2024, at 9:30 a.m.**

The parties are working diligently to resolve this case. Defense counsel needs time to review the proposed plea agreement with his client. The requested continuance will allow the time necessary for defense counsel to review the plea agreement with his client.

The parties jointly request that the status conference in this matter be reset for August 22, 2024. The parties agree that the ends of justice served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial. Therefore, the parties agree that time is

excludable from August 8, 2024 through August 22, 2024, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Dated:  August 2, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ WHITNEE GOINS
WHITNEE GOINS
Assistant United States Attorney

Dated:  August 2, 2024

/s/ MICHAEL HANSEN
MICHAEL HANSEN
Counsel for Defendant
WILLIAM JAMES FITZGERALD

## ORDER

IT IS SO FOUND AND ORDERED this 2nd August, 2024.

Troy L. Nunley
United States District Judge