HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Fitzgerald

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23cr0008-DC |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY CONDITION OF RELEASE** |
| vs. | Date: |
| WILLIAM JAMES FITZGERALD, | Time: |
| Defendant. | Judge: Hon. Chi Soo Kim |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Whitnee Goins, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant William James Fitzgerald, that Pretrial Release Condition 13 be amended to the following.

CURFEW: You must remain inside your residence every day from 9:00 p.m. to 6:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment, or court-ordered obligations.

The request is made with the agreement of the Pretrial Services Officer.

IT IS SO STIPULATED.

//

//

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: November 19, 2024 | */s/  Hootan Baigmohammadi*<br>HOOTAN BAIGMOHAMMADI<br>Assistant Federal Defender<br>Attorneys for Defendant<br>Mr. Fitzgerald |
| Date: November 19, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
|   | */s/ Whitnee Goins*<br>WHITNEE GOINS<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: November 19, 2024

_____
Honorable Chi Soo Kim
United States Magistrate Judge