```
1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  HOOTAN BAIGMOHAMMADI, SBN 279105
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, Third Floor
4  Sacramento, CA 95814
   T: (916) 498-5700
5  F: (916) 498-5710

6  Attorneys for Defendant
   Mr. Fitzgerald
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:23-cr-0008-DC |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE** |
| vs. | ) **STATUS HEARING AND EXCLUDE TIME** |
| WILLIAM JAMES FITZGERALD, | ) Date: February 21, 2025 |
| Defendant. | ) Time: 9:30 a.m. |
|  | ) Judge: Dena Coggins |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Michele Beckwith, through Assistant United States Attorney Whitnee Goins, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant William James Fitzgerald, that the previously scheduled Status Hearing set for February 21, 2025 be continued to May 30, 2025 at 9:30 a.m.

The parties specifically stipulate as follows:

1. An Indictment was filed in this case on January 12, 2023. Dkt. 1.

2. Retained counsel was relieved and undersigned defense counsel was appointed on August 22, 2024. Dkt. 53.

3. On October 8, 2024, the case was reassigned from the Honorable Chief District Judge Nunley to the instant Court and the first Status Conference to be held before the instant Court was set for November 22, 2024. Dkt. 56, 58.

-1-

4. On November 14, 2024, the instant Court granted the first continuance request of the Status Conference by undersigned defense counsel. The matter was rescheduled for February 21, 2025. Time has been ordered excluded through that date. Dkt. 60.

5. Mr. Fitzgerald respectfully requests that the instant Court continue the Status Conference to May 30, 2025, at 9:30 a.m.

6. Undersigned defense counsel has not had sufficient time to meaningfully review discovery and the offer with Mr. Fitzgerald. The government has discovered roughly 2500 pages and various audio/video files to him. Undersigned defense counsel was on annual leave for two weeks in late 2024, and there were significant holidays in November, December, and January. Undersigned counsel also had to travel to Fresno and Washington D.C. on multiple occasions for court appearances in other matters since November 14, 2024. Undersigned defense counsel needs additional time to review the discovery; investigate and research possible defenses; research potential pretrial motions; explore potential resolutions to the case; and otherwise prepare for trial.

7. Mr. Fitzgerald believes that failure to grant his motion would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

8. The government does not object to Mr. Fitzgerald's motion.

9. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between February 21, 2025 and May 30, 2025, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Fitzgerald in a speedy trial.

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: February 13, 2025 | */s/ Hootan Baigmohammadi*<br>HOOTAN BAIGMOHAMMADI<br>Assistant Federal Defender<br>Attorneys for Defendant<br>Mr. Fitzgerald |
| Date: February 13, 2025 | PHILLIP A. TALBERT<br>United States Attorney<br><br>*/s/ Whitnee Goins*<br>WHITNEE GOINS<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

1  **O R D E R**

2  The Court, having received and considered the parties' stipulation, and good cause
3  appearing therefrom, adopts the parties' stipulation in its entirety as its order. that the Status
4  Conference scheduled for February 21, 2025, at 9:30 a.m. is VACATED and RESET for May
5  30, 2025 at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins. The time period
6  between February 21, 2025 and May 30, 2025, inclusive, is excluded under the Speedy Trial Act
7  pursuant to 18 U.S.C.§ 3161(h)(7)(A) and(B)(i) and (iv) [Local Code T4], as the ends of justice
8  served by granting the continuance outweigh the best interest of the public and the defendants in
9  a speedy trial.

12  IT IS SO ORDERED.

13  Dated:  **February 13, 2025**                                  _____
14                                                                                    Dena Coggins
                                                                                          United States District Judge

-4-