```
1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  HOOTAN BAIGMOHAMMADI, SBN 279105
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, Third Floor
4  Sacramento, CA 95814
   T: (916) 498-5700
5  F: (916) 498-5710

6  Attorneys for Defendant
   Mr. Fitzgerald
7
```

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:23cr0008-DC |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE** |
| | ) | **STATUS HEARING AND EXCLUDE TIME** |
| vs. | ) | |
| | ) | Date: May 30, 2025 |
| WILLIAM JAMES FITZGERALD, | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: Dena Coggins |
| | ) | |
| | ) | |

16    IT IS HEREBY STIPULATED and agreed by and between Acting United States

Attorney Michele Beckwith, through Assistant United States Attorney Whitnee Goins, counsel

for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender

Hootan Baigmohammadi, counsel for Defendant William James Fitzgerald, that the previously

scheduled Status Hearing set for May 30, 2025 be continued to July 18, 2025 at 9:30 a.m.

    The parties specifically stipulate as follows:

1.  An Indictment was filed in this case on January 12, 2023. Dkt. 1.

2.  Retained counsel was relieved and undersigned defense counsel was appointed on
    August 22, 2024. Dkt. 53.

3.  On November 14, 2024, the instant Court granted the first continuance request of
    the Status Conference by undersigned defense counsel. The matter was

        rescheduled for February 21, 2025. Time has been ordered excluded through that date. Dkt. 60.

4. On February 13, 2025, the Court granted a second continuance request of the Status Conference by undersigned defense counsel. The matter was rescheduled for May 30, 2025. Time has been ordered excluded through that date. Dkt. 65.

5. The Court is no longer available for a Status Conference on May 30, 2025.

6. Mr. Fitzgerald moves to continue the Status Conference to July 18, 2025 at 9:30 a.m. Since the last continuance, defense counsel has worked through roughly 800 pages of discovery. There are roughly 1700 pages outstanding. Undersigned defense counsel needs additional time to review the discovery; investigate and research possible defenses; research potential pretrial motions; explore potential resolutions to the case; and otherwise prepare for trial.

7. Mr. Fitzgerald believes that failure to grant his motion would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

8. The government does not object to Mr. Fitzgerald's motion.

9. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between May 30, 2025 and July 18, 2025, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Fitzgerald in a speedy trial.

//
//
//
//

1  //

3                                          Respectfully submitted,

4                                          HEATHER E. WILLIAMS
                                           Federal Defender

6  Date: May 15, 2025                      */s/ Hootan Baigmohammadi*
                                           HOOTAN BAIGMOHAMMADI
                                           Assistant Federal Defender
7                                          Attorneys for Defendant
                                           Mr. Fitzgerald

9  Date: May 15, 2025                      MICHELE BECKWITH
                                           Acting United States Attorney

11                                         */s/ Whitnee Goins*
                                           WHITNEE GOINS
12                                         Assistant United States Attorney
                                           Attorneys for Plaintiff

**O R D E R**

The court, having received, read and considered the parties' stipulation, and good cause appearing therefrom, ADOPTS the parties' stipulation in its entirety as its order. Accordingly, the Status Conference scheduled for May 30, 2025, at 9:30 a.m. is VACATED and RESET for July 18, 2025 at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins. The time period between May 30, 2025 and July 18, 2025 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(B)(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:   **May 19, 2025**

Dena Coggins
United States District Judge