HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Fitzgerald

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-0008-DC |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND EXCLUDE TIME** |
| vs. | Date: July 18, 2025 |
| WILLIAM JAMES FITZGERALD, | Time: 9:30 a.m. |
| Defendant. | Judge: Dena Coggins |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Michele Beckwith, through Assistant United States Attorney Whitnee Goins, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant William James Fitzgerald, that the previously scheduled Status Hearing set for July 18, 2025 be continued to August 1, 2025 at 9:30 a.m.

The parties specifically stipulate as follows:

1. An Indictment was filed in this case on January 12, 2023. Dkt. 1.
2. Retained counsel was relieved and undersigned defense counsel was appointed on August 22, 2024. Dkt. 53.
3. The Court previously set the Status Conference to be held on July 18, 2025.
4. The government has produced roughly 2,586 pages and various native files of discovery to Mr. Fitzgerald.

5. Mr. Fitzgerald moves to continue the Status Conference to August 1, 2025 at 9:30 a.m. Defense counsel has reviewed 1,118 pages of discovery. There are roughly 1,468 pages outstanding. Undersigned defense counsel needs additional time to review the discovery; investigate and research possible defenses; research potential pretrial motions; explore potential resolutions to the case; and otherwise prepare for trial.

6. Mr. Fitzgerald believes that failure to grant his motion would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

7. The government does not object to Mr. Fitzgerald's motion.

8. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between July 18, 2025 and August 1, 2025, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Fitzgerald in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 25, 2025

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Fitzgerald

| | | |
|---|---|---|
| 1 | Date: June 25, 2025 | MICHELE BECKWITH |
| 2 | | Acting United States Attorney |
| 3 | | */s/ Whitnee Goins* |
| | | WHITNEE GOINS |
| 4 | | Assistant United States Attorney |
| | | Attorneys for Plaintiff |

**O R D E R**

The court, having received, read and considered the parties' stipulation and good cause appearing therefrom, ADOPTS the parties' stipulation. Accordingly, the Status Conference scheduled for July 18, 2025, is VACATED and RESET for August 1, 2025, at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins. The time period between July 18, 2025 and August 1, 2025, inclusive, is excluded under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(B)(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:  **June 30, 2025**

Dena Coggins
United States District Judge