| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN 122664<br>Federal Defender |
| 2 | HOOTAN BAIGMOHAMMADI, SBN 279105<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, Third Floor |
| 4 | Sacramento, CA 95814<br>T: (916) 498-5700 |
| 5 | F: (916) 498-5710 |
| 6 | Attorneys for Defendant<br>Mr. Fitzgerald |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>WILLIAM JAMES FITZGERALD,<br><br>　　　　　Defendant. | ) Case No. 2:23-cr-00008-DC<br>)<br>) **STIPULATION AND ORDER TO CONTINUE**<br>) **JUDGMENT AND SENTENCING**<br>)<br>) Date: December 19, 2025<br>) Time: 9:30 a.m.<br>) Judge: Hon. Dena Coggins<br>)<br>) |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Heiko Coppola, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant William Fitzgerald, that the Judgment and Sentencing currently set for December 19, 2025 at 9:30 a.m. be continued to **January 16, 2026 at 9:30 a.m.**

The parties specifically stipulate as follows:

1. Mr. Fitzgerald moves to continue the Judgement and Sentencing for compelling reasons. Defense counsel was on leave for two weeks between the draft PSR being published and the informal PSR objections deadline. He needs additional time to submit them to U.S. Probation.

2. The government does not object to the continuance request.

3. Mr. Fitzgerald requests that the Court modify the sentencing schedule as follows. The dates are agreeable with the government and U.S. Probation.

| | |
|---|---|
| **Draft PSR** | completed |
| **Informal Objections** | December 19, 2025 |
| **Final PSR** | December 26, 2025 |
| **Formal Objections** | January 2, 2025 |
| **Response to Formal Objections** | January 9, 2026 |
| **Judgment and Sentencing** | January 16, 2026 at 9:30 a.m. |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 26, 2025

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Fitzgerald

Date: November 26, 2025

ERIC GRANT
United States Attorney

*/s/ Heiko Coppola*
HEIKO COPPOLA
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The court, having received, read and considered the parties' stipulation filed on November 26, 2025, and good cause appearing therefrom, GRANTS the parties' request to continue and adjust the related briefing schedule. Accordingly, the Sentencing Hearing scheduled for December 19, 2025, is VACATED and RESET for January 16, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows: the parties' informal objections shall be delivered to the Probation Officer no later than December 19, 2025; the final Report shall be submitted no later than December 26, 2025; Formal Objections or any Motion for Correction shall be submitted no later than January 2, 2026; and Reply, or Statement of Non-Opposition shall be submitted no later than January 8, 2026 (by 12:00 PM).

IT IS SO ORDERED.

Dated:   **November 29, 2025**   _____
Dena Coggins
United States District Judge