HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Fitzgerald

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00008-DC |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
| vs. | Date: January 16, 2026 |
| WILLIAM JAMES FITZGERALD, | Time: 9:30 a.m. |
| Defendant. | Judge: Hon. Dena Coggins |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Heiko Coppola, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant William Fitzgerald, that the Judgment and Sentencing currently set for January 16, 2026 at 9:30 a.m. be continued to **March 20, 2026 at 9:30 a.m.**

The parties specifically stipulate as follows:

1. Mr. Fitzgerald moves to continue the Judgement and Sentencing for compelling reasons. He has requested discovery pertaining to some material aspects of the draft PSR and the government is working on their production. Defense counsel is also preparing for trial in another case set to commence on February 2, 2026. Mr. Fitzgerald needs additional time to adequately prepare for sentencing.

2. The government does not object to the continuance request.

3. Mr. Fitzgerald requests that the Court modify the sentencing schedule as follows. The dates are agreeable with the government and U.S. Probation.

| | |
|---|---|
| **Draft PSR** | completed |
| **Informal Objections** | February 20, 2026 |
| **Final PSR** | February 27, 2026 |
| **Formal Objections** | March 6, 2026 |
| **Response to Formal Objections** | March 13, 2026 |
| **Judgment and Sentencing** | March 20, 2026 at 9:30 a.m. |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 23, 2025

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Fitzgerald


Date: December 23, 2025

ERIC GRANT
United States Attorney

*/s/ Heiko Coppola*
HEIKO COPPOLA
Assistant United States Attorney
Attorneys for Plaintiff

# **O R D E R**

The court, having received, read and considered the parties' stipulation filed on December 27, 2025, and good cause appearing therefrom, GRANTS the parties' request to continue the sentencing hearing and adjust the related briefing schedule. Accordingly, the Sentencing Hearing scheduled for January 16, 2026, is VACATED and RESET for March 20, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows: the parties' informal objections shall be delivered to the Probation Officer no later than February 20, 2026; the final Report shall be submitted no later than February 27, 2026; Formal Objections or any Motion for Correction shall be submitted no later than March 6, 2026; and Reply, or Statement of Non-Opposition shall be submitted no later than March 12, 2026 by 12:00 PM (Noon).

IT IS SO ORDERED.

Dated:   **December 29, 2025**

Dena Coggins
United States District Judge