HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Fitzgerald

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:23-cr-0008-DC |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER TO CONTINUE** |
| | ) **JUDGMENT AND SENTENCING** |
| vs. | ) |
| | ) Date: March 20, 2026 |
| WILLIAM JAMES FITZGERALD, | ) Time: 9:30 a.m. |
| | ) Judge: Hon. Dena Coggins |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Heiko Coppola, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant William Fitzgerald, that the Judgment and Sentencing currently set for March 20, 2026 at 9:30 a.m. be continued to **April 17, 2026 at 9:30 a.m.**

The parties specifically stipulate as follows:

1. Mr. Fitzgerald moves to continue the Judgement and Sentencing for compelling reasons. He is currently investigating matters related to restitution. Mr. Fitzgerald needs additional time to adequately prepare for sentencing.

2. The government does not object to the continuance request.

3. Mr. Fitzgerald requests that the Court modify the sentencing schedule as follows. The dates are agreeable with the government and U.S. Probation.

Stipulation and Order to Continue                    -1-                    *United States v. Fitzgerald,*
2:23-CR-8-DC

| **Draft PSR** | completed |
| **Informal Objections** | completed |
| **Final PSR** | March 27, 2026 |
| **Formal Objections** | April 3, 2026 |
| **Response to Formal Objections** | April 10, 2026 |
| **Judgment and Sentencing** | April 17, 2026 at 9:30 a.m. |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 24, 2026          */s/  Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Fitzgerald

Date: February 24, 2026          ERIC GRANT
United States Attorney

*/s/ Heiko Coppola*
HEIKO COPPOLA
Assistant United States Attorney
Attorneys for Plaintiff

Stipulation and Order to Continue                    -2-                    *United States v. Fitzgerald*,
2:23-CR-8-DC

**O R D E R**

IT IS HEREBY ORDERED  the court, having received, read and considered the parties' stipulation filed on February 26, 2026 (Doc. No. 86), and good cause appearing therefrom, GRANTS the parties' request to continue the sentencing hearing and adjust the related briefing schedule.  Accordingly, the Sentencing Hearing scheduled for March 20, 2026, is VACATED and RESET for April 17, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows: the final Report shall be submitted no later than March 27, 2026; Formal Objections or any Motion for Correction shall be submitted no later than April 3, 2026; and Reply, or Statement of Non-Opposition and any additional briefing the parties want the court to consider shall be submitted no later than April 9, 2026 by 12:00 PM (Noon).

IT IS SO ORDERED.

Dated:   **March 3, 2026**

_____
Dena Coggins
United States District Judge

Stipulation and Order to Continue                    -3-                    *United States v. Fitzgerald*,
2:23-CR-8-DC