HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Fitzgerald

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:23-cr-00008-DC |
| Plaintiff, | ) **AMENDED STIPULATION AND ORDER TO** |
| vs. | ) **CONTINUE JUDGMENT AND SENTENCING** |
| WILLIAM JAMES FITZGERALD, | ) Date: April 17, 2026 |
| Defendant. | ) Time: 9:30 a.m. |
| | ) Judge: Hon. Dena Coggins |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Heiko Coppola, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant William Fitzgerald, that the Judgment and Sentencing currently set for April 17, 2026 at 9:30 a.m. be continued to **August 28, 2026, at 9:30 a.m.**

The parties specifically stipulate as follows:

1. Mr. Fitzgerald moves to continue the Judgement and Sentencing for compelling reasons. He is currently investigating matters related to restitution that involves contacting victims' attorneys and addressing a new victim identified in the final PSR filed on March 27, 2026. Defense counsel is also scheduled to commence a jury trial in another case on May 18, 2026. Mr. Fitzgerald needs additional time to adequately prepare for sentencing in the instant matter.

2. An earlier date for resetting the Judgment and Sentencing is not available due to Mr. Fitzgerald's need to investigate and the parties' and Court's scheduling needs.

3. The government does not object to the continuance request.

4. Mr. Fitzgerald requests that the Court modify the sentencing schedule as follows. The dates are agreeable with the government and U.S. Probation.

| | |
|---|---|
| **Draft PSR** | completed |
| **Informal Objections** | completed |
| **Final PSR** | completed |
| **Formal Objections** | August 14 2026 |
| **Response to Formal Objections** | August 21, 2026 |
| **Judgment and Sentencing** | August 28, 2026, at 9:30 a.m. |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 9, 2026

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Fitzgerald

Date: April 9, 2026

ERIC GRANT
United States Attorney

*/s/ Heiko Coppola*
HEIKO COPPOLA
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' amended stipulation filed on April 9, 2026 (Doc. No. 92), and good cause appearing therefrom, APPROVES the parties' request to continue the sentencing hearing and adjust the related briefing schedule. Accordingly, the Sentencing Hearing scheduled for April 17, 2026, is VACATED and RESET for August 28, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows: Formal Objections or any Motion for Correction shall be submitted no later than August 14, 2026; and Reply, or Statement of Non-Opposition and any other briefing the parties want the court to consider shall be submitted no later than August 20, 2026 by 12:00 PM (Noon).

IT IS SO ORDERED.

Dated:    **April 10, 2026**                         _____

Dena Coggins
United States District Judge

Stipulation and Order to Continue                    -3-                    *United States v. Fitzgerald*,
2:23-CR-8-DC