HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Fitzgerald

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>WILLIAM JAMES FITZGERALD,<br>Defendant. | Case No. 2:23-cr-00008-DC<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING**<br><br>Date: April 17, 2026<br>Time: 9:30 a.m.<br>Judge: Hon. Dena Coggins |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Heiko Coppola, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant William Fitzgerald, that the Judgment and Sentencing currently set for August 28, 2026, at 9:30 a.m. be continued to **September 11, 2026, at 9:30 a.m.**

The parties specifically stipulate as follows:

1. Mr. Fitzgerald moves to continue the Judgement and Sentencing for compelling reasons. Both parties plan to file formal PSR objections that will significantly impact Guideline calculations. Government counsel will be out of the office for his wedding when formal objections are currently due. The parties agree that continuing the sentencing is justified.
2. The government does not object to the continuance request.

3. Mr. Fitzgerald requests that the Court modify the sentencing schedule as follows. The dates are agreeable with the government and U.S. Probation.

| | |
|---|---|
| **Draft PSR** | completed |
| **Informal Objections** | completed |
| **Final PSR** | completed |
| **Formal Objections** | August 28, 2026 |
| **Response to Formal Objections** | September 4, 2026 |
| **Judgment and Sentencing** | September 11, 2026, at 9:30 a.m. |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 3, 2026

*<u>/s/ Hootan Baigmohammadi</u>*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Fitzgerald

Date: August 3, 2026

ERIC GRANT
United States Attorney

*<u>/s/ Heiko Coppola</u>*
HEIKO COPPOLA
Assistant United States Attorney
Attorneys for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on August 3, 2026 (Doc. No. 94), and good cause appearing therefrom, APPROVES the parties' request to continue the sentencing hearing and adjust the related briefing schedule. Accordingly, the Sentencing Hearing scheduled for August 28, 2026, is VACATED and RESET for September 11, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows: Formal Objections or any Motion for Correction to the Presentence Investigation Report shall be submitted no later than August 28, 2026, and Reply, or Statement of Non-Opposition and any other briefing the parties want the court to consider shall be submitted no later than 12:00 PM (Noon) on September 3, 2026.

IT IS SO ORDERED.

Dated: **August 4, 2026**

Dena Coggins
United States District Judge