HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Fitzgerald

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM JAMES FITZGERALD,<br><br>Defendant. | Case No. 2:23-cr-00008-DC<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING**<br><br>Date: September 11, 2026<br>Time: 9:30 a.m.<br>Judge: Hon. Dena Coggins |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Heiko Coppola, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant William Fitzgerald, that the Judgment and Sentencing currently set for September 11, 2026, at 9:30 a.m. be continued to **October 9, 2026, at 9:30 a.m.**

The parties specifically stipulate as follows:

1. Mr. Fitzgerald moves to continue Judgement and Sentencing for compelling reasons. He is actively working with the government to resolve issues related to restitution. Formal objections to the PSR are currently due tomorrow. He cannot adequately assess whether to object or not to restitution amounts recommended in the PSR without receiving responses to restitution inquiries he has pending with the government.
2. The government does not object to the continuance request.

3. Mr. Fitzgerald requests that the Court modify the sentencing schedule as follows. The dates are agreeable with the government and U.S. Probation.

| | |
|---|---|
| **Draft PSR** | completed |
| **Informal Objections** | completed |
| **Final PSR** | completed |
| **Formal Objections** | September 25, 2026 |
| **Response to Formal Objections** | October 2, 2026 |
| **Judgment and Sentencing** | October 9, 2026, at 9:30 a.m. |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 27, 2026

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Fitzgerald

Date: August 27, 2026

ERIC GRANT
United States Attorney

*/s/ Heiko Coppola*
HEIKO COPPOLA
Assistant United States Attorney
Attorneys for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on August 28, 2026 (Doc. No. 96), and good cause appearing therefrom, APPROVES the parties' request as modified. Accordingly, the Sentencing Hearing scheduled for September 11, 2026, is VACATED and RESET for October 9, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows: Formal Objections to the Presentence Investigation Report or any Motion for Correction shall be submitted no later than September 25, 2026; and Reply, or Statement of Non-Opposition and any other briefing the parties want the court to consider shall be submitted no later than 12:00 PM (Noon) on October 1, 2026 (opposed to October 2, 2026).

IT IS SO ORDERED.

Dated: **August 31, 2026**

Dena Coggins
United States District Judge