ERIC GRANT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>WILLIAM JAMES FITZGERALD,<br>Defendant. | CASE NO. 2:23-CR-00008 DC<br><br>STIPULATION TO CONTINUE FORMAL OBJECTION DUE DATE; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, formal sentencing objections are due on September 25, 2026.

2. By this stipulation, defendant now requests to file formal sentencing objections not later than September 28, 2026. The United States does not object to this request.

3. The parties agree and stipulate, and request that the Court find the following:

a) The parties have been working diligently in preparation for sentencing. Counsel for the defendant has been ill since Tuesday and needs additional time to prepare and file formal sentencing objections.

b) The parties are not requesting to continue the previously remaining briefing dates or the sentencing date on October 9, 2026.

IT IS SO STIPULATED.

Dated: September 25, 2026

ERIC GRANT
United States Attorney

/s/ HEIKO P. COPPOLA
HEIKO P. COPPOLA
Assistant United States Attorney

Dated: September 25, 2026

/s/ HOOTAN BAIGMOHAMMADI
HOOTAN BAIGMOHAMMADI
Counsel for Defendant
WILLIAM JAMES FITZGERALD

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on September 25, 2026 (Doc. No. 98), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the deadline for formal sentencing objections set for September 25, 2026 is EXTENDED to September 28, 2026.

IT IS SO ORDERED.

Dated: **September 25, 2026**

Dena Coggins
United States District Judge