HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Fitzgerald

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM JAMES FITZGERALD,<br><br>Defendant. | Case No. 2:23-cr-00008-DC<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING**<br><br>Date: October 9, 2026<br>Time: 9:30 a.m.<br>Judge: Hon. Dena Coggins |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Heiko Coppola, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant William Fitzgerald, that the Judgment and Sentencing currently set for October 9, 2026, at 9:30 a.m. be continued to **October 23, 2026, at 9:30 a.m.**

The parties specifically stipulate as follows:

1. Mr. Fitzgerald moves to continue Judgement and Sentencing for compelling reasons. Defense counsel fell ill most all of last week. He needs a short continuance to complete his sentencing memorandum. The soonest date the government is next available for sentencing is October 23, 2026.
2. The government does not object to the continuance request.

3. Mr. Fitzgerald requests that the Court modify the sentencing schedule as follows. The dates are agreeable with the government and U.S. Probation.

| | |
|---|---|
| **Draft PSR** | completed |
| **Informal Objections** | completed |
| **Final PSR** | completed |
| **Formal Objections** | completed |
| **Response to Formal Objections** | October 15, 2026, at 12:00 p.m. |
| **Judgment and Sentencing** | October 23, 2026, at 9:30 a.m. |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 29, 2026

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Fitzgerald

Date: September 29, 2026

ERIC GRANT
United States Attorney

*/s/ Heiko Coppola*
HEIKO COPPOLA
Assistant United States Attorney
Attorneys for Plaintiff

# ORDER

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on September 30, 2026 (Doc. No. 101), and good cause appearing therefrom, APPROVES the parties' request to continue the sentencing hearing and adjust the related briefing schedule. Accordingly, the Sentencing Hearing scheduled for October 9, 2026, is VACATED and RESET for October 23, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Presentence Investigation Report ("PSR") briefing schedule is MODIFIED as follows: Response or Statement of Non-Opposition to Formal PSR Objections and any other briefing the parties want the court to consider shall be submitted no later than October 15, 2026 by 12:00 PM (Noon).

IT IS SO ORDERED.

Dated: **September 30, 2026**

Dena Coggins
United States District Judge