HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Fitzgerald

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>WILLIAM JAMES FITZGERALD,<br>Defendant. | Case No. 2:23-cr-00008-DC<br>**STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING**<br>Date: November 6, 2026<br>Time: 9:30 a.m.<br>Judge: Hon. Dena Coggins |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Heiko Coppola, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant William Fitzgerald, that the Judgment and Sentencing currently set for October 23, 2026, at 9:30 a.m. be continued to **November 6, 2026, at 9:30 a.m.**

The parties specifically stipulate as follows:

1. The parties move to continue Judgement and Sentencing for compelling reasons. Government counsel is unable to complete its sentencing memorandum within the current deadline due to other case obligations, military duty, and personal travel/medical obligations.
2. The defense does not object to the continuance request.

3. The parties requests that the Court modify the sentencing schedule as follows. The dates are agreeable with the government and U.S. Probation.

| | |
|---|---|
| **Draft PSR** | completed |
| **Informal Objections** | completed |
| **Final PSR** | completed |
| **Formal Objections** | completed |
| **Response to Formal Objections / Sentencing Memoranda** | October 29, 2026, at 12:00 p.m. |
| **Judgment and Sentencing** | November 6, 2026, at 9:30 a.m. |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 14, 2026

*<u>/s/ Hootan Baigmohammadi</u>*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Fitzgerald

Date: October 14, 2026

ERIC GRANT
United States Attorney

*<u>/s/ Heiko Coppola</u>*
HEIKO COPPOLA
Assistant United States Attorney
Attorneys for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on October 14, 2026 (Doc. No. 103), and good cause appearing therefrom, APPROVES the parties' request to continue the sentencing hearing and adjust the related briefing schedule. Accordingly, the Sentencing Hearing scheduled for October 23, 2026, is VACATED and RESET for November 6, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows: Response to Formal Objections / Sentencing Memoranda, and any other briefing the parties want the court to consider shall be submitted no later than October 29, 2026, by 12:00 PM (Noon).

IT IS SO ORDERED.

Dated: **October 16, 2026**

Dena Coggins
United States District Judge