HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
Mr. Fitzgerald

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>WILLIAM JAMES FITZGERALD,<br>Defendant. | Case No. 2:23-cr-00008-DC-1<br>**SEALING ORDER**<br>Judge: Hon. Dena M. Coggins |

**IT IS HEREBY ORDERED,** the court, having received, read and considered the Defendant's Notice of Request to Seal filed on October 29, 2026 (Doc. No. 107), the Defendant's Request to Seal, and Defendant's Exhibit C of Defendant's Sentencing Memorandum, and good cause appearing therefrom, APPROVES the request to seal. Accordingly, Defendant's Sealing Request and Exhibit C shall be filed under seal. The records are to be provided to the Court and Government Counsel. The Sealing Request and Exhibit shall remain under seal until further Order of the court.

IT IS SO ORDERED.

Dated: **November 5, 2026**

Dena Coggins
United States District Judge